United States Courts
Southern District of Texas
FILED

OCT 12 2017

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | Criminal No. 4:15-cr-0566-02-S1 |
| | § § | |
| CESAR GARCIA-RIVAS | § | |

## CRIMINAL INFORMATION

On or about May 28, 2011, in the Southern District of Texas and within the jurisdiction of the Court, the defendant

CESAR GARCIA-RIVAS

knowing that an offense against the United States has been committed, to-wit, the kidnapping of Ovidio Guerrero, did receive, relieve, comfort and assist the offender, Orlando Hernandez, in order to hinder and prevent the offender's apprehension, trial and punishment.

In violation of Title 18, United States Code, Section 3.

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

Anibal J. Alaniz
Assistant United States Attorney
Texas State Bar No. 00966600
Federal ID No. 12590
1000 Louisiana
Suite 2300
Houston, Texas 77002
713-567-9000 (office)
713-567-9487 (direct)